IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-01201-ZLW-MJW

HARTFORD CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

RONALD D. HEIMANN, d/b/a R.C. WELDING, a/k/a RC'S WELDING,
WAYNE SPRENG,
RHONDA SPRENG,
JOHNSTOWN FEED & SEED, INC.,
DALE BEVERLY d/b/a BEVERLY'S WELDING; and
CONTINENTAL WESTERN INSURANCE COMPANY,

    Defendants.

---

### ORDER OF DISMISSAL

---

Pursuant to and in accordance with the Stipulation To Dismiss Without Prejudice, signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are dismissed without prejudice, the parties to pay their own costs and attorneys' fees.

DATED at Denver, Colorado, this __14__ day of November, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court